IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00067-CMA-BNB

CHRISTY CALVIN, individually,

Plaintiff,

v.

SMG, a Pennsylvania corporation,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Expert Disclosure Deadlines** [docket no. 32, filed July 19, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 8, 2013**, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 9, 2013.**

DATED: July 19, 2013