IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00067-CMA-BNB

CHRISTY CALVIN, individually,

Plaintiff,

v.

SMG, a Pennsylvania corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

On the representation from counsel that this issue has been resolved,

IT IS ORDERED that the **Defendant's Motion for Protective Order Concerning Proposed Fed.R.Civ.P. 30(b)(6) Deposition** [35] is DENIED AS MOOT.

IT IS FURTHER ORDERED the hearing set for November 1, 2013, is **VACATED**.

DATED:  October 31, 2013